# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DIAZ, et al., <br><br>Plaintiff, <br><br>v. <br><br>UNITED PARCEL SERVICE, INC., et al., <br><br>Defendants. | Case No. 1:22-cv-00246-DAD-BAK <br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT <br><br>ORDER CONTINUING SCHEDULING CONFERENCE <br><br>(ECF Nos. 4, 7) |

A scheduling conference is set in this matter for May 26, 2022. (ECF No. 4.) On May 9, 2022, the parties filed a stipulated request to extend the deadline for Defendant United Parcel Service, Inc. ("UPS"), to file a responsive pleading, and to continue the scheduling conference until a date after July 8, 2022. (ECF No. 7.)

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant UPS's deadline to answer or otherwise respond to Plaintiff's first amended complaint shall be extended to June 28, 2022, unless a second amended complaint is filed before that date, in which case UPS's deadline to answer or otherwise respond shall extend accordingly pursuant to the applicable rules;

2. The scheduling conference set for May 26, 2022, is CONTINUED to August 2, 2022, at 2:00 p.m. in Courtroom 9; and

3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __May 11, 2022__

_____
UNITED STATES MAGISTRATE JUDGE