# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DIAZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., et al., <br><br> Defendants. | Case No. 1:22-cv-00246-DAD-BAK (SAB) <br><br> ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE <br><br> (ECF Nos. 8, 11) |

Plaintiffs initiated this class action litigation on February 25, 2022. (ECF No. 1.) Plaintiffs filed the operative second amended complaint on June 27, 2022. (ECF No. 10.) A scheduling conference is currently set for August 2, 2022. (See ECF No. 8.)

On July 7, 2022, the parties filed a stipulated request to extend the time for Defendants to answer the complaint, and to continue the date of the scheduling conference. (ECF No. 11.) The parties proffer Defendants require additional time to respond to Plaintiff's newly added allegations. The parties also have pre-planned vacation schedules during which time they will be out of the country. To permit sufficient time for meaningful meeting and conferring as to the allegations and upcoming conference, the parties seek to continue the responsive pleading deadline and continue the scheduling conference for approximately thirty-five days. The Court finds good cause exists to grant the parties' request. However, due to a Court conflict, the Court shall continue the scheduling conference to September 13, 2022.

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Defendants to file a response to the complaint is extended to **August 15, 2022,** unless a third amended class action complaint is filed before that date, in which case, Defendant's deadline to answer or otherwise respond shall extend accordingly pursuant to the applicable rules;

2. The scheduling conference set for August 2, 2022, is CONTINUED to **September 13, 2022**, at **10:30 a.m.**, before the Honorable Stanley A. Boone in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**July 7, 2022**__

UNITED STATES MAGISTRATE JUDGE