# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DIAZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　　Defendant. | Case No.  1:22-cv-00246-ADA-BAK (SAB)<br><br>ORDER GRANTING MOTION TO STAY MATTER TO COMPLETE MEDIATION AND VACATING ALL PENDING DATES<br><br>(ECF No. 13) |

　　　　On August 15, 2022, the parties filed a stipulated motion to stay this action to allow for the completion of mediation. (ECF No. 13.)  At that time, the parties had not yet selected a mediator.  The Court granted the motion to stay but ordered the parties to file a status report as to mediation. (ECF No. 14.)

　　　　On September 9, 2022, the parties filed a status report regarding mediation. (ECF No. 16.)  The parties have scheduled a mediation session with David A. Rotman of Mediated Negotiations for January 18, 2023.  The parties further indicated they are prepared to file periodic joint status reports until the conclusion of the mediation, as previously indicated by the Court.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　The parties shall file a status report regarding the status of mediation no later than

**February 1, 2023**;

2. Thereafter, the parties shall file a status report **every thirty days or within fourteen days of the completion of mediation**, whichever occurs sooner.

IT IS SO ORDERED.

Dated:   **September 12, 2022**

UNITED STATES MAGISTRATE JUDGE