David R. Markham, CA Bar No. 071814
*dmarkham@markham-law.com*
Maggie Realin, CA Bar No. 263639
*mrealin@markham-law.com*
Lisa Brevard, CA Bar No. 323391
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel.: 619.399.3995; Fax: 619.615.2067

Walter L. Haines (SBN 071075)
*walter@uelglaw.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 203
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DIAZ, an individual, JACE O'GUINN, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation,<br><br>Defendant. | **Case No.:** 1:22-cv-00246-ADA-CBD<br>**CLASS AND PAGA REPRESENTATIVE ACTION**<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date:　　　　　April 10, 2023<br>Time:　　　　　10:30 a.m.<br>District Judge:　 Hon. Ana De Alba<br>Magistrate Judge: Hon. Christopher D. Baker<br><br>Complaint Filed: February 25, 2022<br>Trial Date:　　　None |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 10, 2023, at 10:30 a.m., or as soon thereafter as the matter may be heard at the United States Courthouse, located at 510 19th Street, Bakersfield, California 93301, before the Honorable Christopher D. Baker, pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiffs Oscar Diaz and Jace O'Guinn, individually and on behalf of a putative class defined as:

> All current and former Part–Time Supervisors, including employees with similar job titles and/or duties, who worked for Defendant within the State of California during the Settlement Class Period, defined as from April 19, 2018 and through the date of the Preliminary Settlement Approval, and who at least once during the Settlement Class Period took paid vacation under UPS's vacation policy, and whose average straight-time daily paid hours exceeded 5.5 hours per day for the prior Vacation Year, but whose vacation pay was limited to 5.5 hours per day, or 27.5 hours per week of vacation in the Vacation Year,

will and does hereby respectfully move this Court for entry of an Order:

1. Preliminarily approving the settlement as fair, adequate, and reasonable based upon the terms set forth in the Parties' Joint Stipulation of Class and Representative Action Settlement and Release of Claims ("Settlement Agreement"), including payment by United Parcel Service, Inc. ("Defendant") of the non-reversionary Gross Settlement Amount of $1,375,000.00;

2. Conditionally certifying the proposed Class for settlement purposes, and appointing Plaintiffs' Counsel as Class Counsel and Named Plaintiffs as Class Representatives;

3. Appointing Simpluris, Inc. as Settlement Administrator;

4. Directing that the Class be given notice of the settlement in the form of the proposed notice agreed to by the Parties, which is Exhibit A to the Settlement Agreement, and;

5. Scheduling a hearing to consider final approval of the settlement, entry of a proposed final judgment, and to consider Class Counsel's application for an award of attorneys' fees and reimbursement of costs and expenses, as well as Service Awards to the Class Representatives.

This motion is based upon the supporting Memorandum of Points and Authorities, the Declarations of David R. Markham, Walter L. Haines, Eric Springer of Simpluris, Inc., Plaintiffs Oscar Diaz, and Jace O'Guinn, the Settlement Agreement and proposed Class Notice, proposed order, and all other pleadings

1

*Diaz et al v. United Parcel Service, Inc.,* Case No. 1:22-cv-00246-ADA-CBD
Plaintiffs' Notice of Unopposed Motion for Preliminary Approval of Class and Representative Action Settlement

1  and papers on file in the above-captioned action, and on such oral and documentary evidence and
2  argument as may be presented at the time of hearing.
3
4  DATED: March 6, 2023                    **THE MARKHAM LAW FIRM**
5
6                                          By: /s/ *Maggie Realin*
7                                                  David R. Markham
                                                   Maggie K. Realin
8                                                  Lisa R. Brevard